IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., and VIRGINIA ELECTRIC & POWER CO., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-0084C (Judge Bruggink) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of an additional three days (or one business day), to and including July 10, 2006, within which the parties may file their joint status report. Pursuant to the Court's January 5, 2006 order, the parties' joint status report was due on June 30, 2006, but the Government previously filed a motion for a seven-day enlargement of time seeking an enlargement through July 7, 2006. Counsel for plaintiffs, Brad Fagg, has represented that plaintiffs, Dominion Resources, Inc. and Virginia Electric & Power Company ("Dominion"), do not oppose this motion.

Although we had anticipated that we would be able to complete the Government's portion of the parties' joint status report today, significant briefing in other spent nuclear fuel ("SNF") cases that is also due today or was due yesterday has impeded our ability to complete that task. Specifically, although we only received plaintiff's post-trial brief in Pacific Gas & Electric Co. v. United States, Nos. 04-00074C & -00075C (Fed. Cl.), after the close of business on Friday, June 30, 2006, our post-trial reply brief in that case is due today, and we have been required to devote significant attention to it. In addition, counsel was required to assist in briefing that was filed yesterday, July 6, 2006, in Vermont Yankee Nuclear Power Corp. v.

United States, No. 02-898C (Wheeler, J.) and Entergy Nuclear Vermont Yankee, LLC v. United States, No. 03-2663C (Wheeler, J.), regarding issues related to liability and the plaintiff's non-payment of a one-time fee required by the Standard Contract.[1] Further, counsel for defendant was out of the office, based upon prior plans, on Monday, July 3, and for the Federal holiday on Tuesday, July 4, 2006; although he had attempted to plan accordingly so that all necessary briefing and pleadings could be timely completed, he was unexpectedly unable to return to the office on Wednesday, July 5, 2006, as he had originally anticipated. Coupled with the other briefing that was due yesterday or is due today, counsel's absence from the office on July 5, 2006, has affected counsel's ability to complete the joint status report in this case. Counsel anticipates that, during the weekend preceding July 10, 2006, he will be able to prepare the Government's portion of that status report and confer with counsel for plaintiffs regarding the final report on July 10, 2006.

For the foregoing reasons, defendant respectfully requests that the Court grant the unopposed request for an enlargement of time of three days, to and including July 10, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

---

[1] In addition, we have devoted significant time to the preparation of a supplemental brief due today in Nebraska Public Power District v. United States, No. 01-116C (Fed. Cl.), addressing issues relating to the writ of mandamus that the United States Court of Appeals for the District of Columbia Circuit issued in Northern States Power Co. v. United States Department of Energy, 128 F.3d 754 (D.C. Cir. 1997). However, it is possible that, because of the volume of briefing in spent nuclear fuel cases that is currently due this week, we may find it necessary to seek a short enlargement regarding that brief. Nevertheless, the time that we have devoted to that brief has affected the time that we have had available to address the status report in this case.

s/David M. Cohen
DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

July 7, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of July, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.