# In the United States Court of Federal Claims

No. 04-84C
(Filed: December 21, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
DOMINION RESOURCES, INC. and
VIRGINIA ELECTRIC and
POWER COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the court's order of August 2, 2006, a status conference will be held from the courtroom Wednesday, January 10, 2007, 10:00 a.m., at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel for both parties shall appear in person.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge