IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., and<br>VIRGINIA ELECTRIC & POWER COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0084<br>(Judge Bruggink) |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO FILE ITS ANSWER TO PLAINTIFFS' COMPLAINT OUT OF TIME

Defendant, the United States, respectfully requests leave to respond to plaintiffs' complaint out of time. Plaintiffs' counsel has indicated that plaintiffs do not oppose this motion.

Plaintiffs filed the complaint in this case on January 23, 2004. On March 23, 2004, the day on which our answer was originally due, we filed a motion to stay the case [Docket No. 6]. Subsequently, the Court stayed the case [Docket Nos. 11, 14, 16, 18]. On August 2, 2006, the Court lifted the stay and issued a scheduling order [Docket No. 23] which set discovery and pre-trial deadlines, but made no mention of a due date for our answer to plaintiffs' complaint. Recently, it has come to our attention that, after the stay of proceedings in this case was lifted, we inadvertently did not calendar a due date for our answer.

As the Court is aware, "[n]o judgment by default shall be entered against the United States . . . unless the claimant establishes a claim or right to relief by evidence satisfactory to the court. Fed. R. Civ. P. 55(e). Moreover, we anticipate that plaintiffs will file an amended

complaint in the near future.[1] Nonetheless, we wish to comply with our pleading obligations and file our answer to plaintiffs' complaint at this point in time.

For the foregoing reasons, we respectfully request the Court to grant our unopposed motion for leave to file our answer out of time and such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

January 9, 2007

Attorneys for Defendant

[1] Plaintiffs must amend their complaint if they wish to seek damages allegedly incurred from January 23, 2004 until the present. Indiana Michigan Power Co. v. United States, 422 F.3d 1369 (Fed. Cir. 2005); Pacific Gas & Electric Co. v. United States, 73 Fed. Cl. 333, 338 (2006).

CERTIFICATE OF FILING

I hereby certify that on this 9th day of January 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS ANSWER TO PLAINTIFFS' COMPLAINT OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa L. Donahue