# In the United States Court of Federal Claims

No. 04-84C
(Filed: January 12, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
DOMINION RESOURCES, INC. and
VIRGINIA ELECTRIC and
POWER COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A status conference was held Wednesday, January 10, 2007. As a result of the status conference, the court modifies its August 2, 2006 order. The trial, originally scheduled for August 2008 in the said order, is now scheduled for March 10, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge