IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., and VIRGINIA ELECTRIC & POWER COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-0084 (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO PRODUCE EXPERT REPORTS
AND RESPOND TO PLAINTIFFS' DAMAGES SCHEDULE

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time, to and including September 17, 2007, to produce its expert reports and respond to plaintiffs' damages schedule, as contemplated by the Court's order dated August 2, 2006. This is our first request for an enlargement of time for this purpose. Currently, the deadline for producing these materials is June 29, 2007. This enlargement would not affect the other pretrial deadlines set by the Court. Counsel for plaintiffs has stated that plaintiffs do not oppose this request.

Defendant requests that the Court revise the scheduling order to enable defendant to conduct the discovery necessary to prepare the Government's expert reports and respond to plaintiffs' damages schedules. Last month, plaintiffs produced the last large batch of documents responsive to our discovery requests, and although we are still awaiting responses to a number of the inquiries posed by our accounting experts during the audit process, we are in the process of scheduling numerous depositions that will hopefully occur in June, July, and August. Moreover, for the past month and continuing into the present, the Government attorney team assigned to

take these depositions has been taking depositions in Carolina Power & Light Co., et. al. v. United States, No. 04-37C (Fed. Cl.); Dominion Resources, Inc. v. United States, No. 04-83C (Fed. Cl.); and Southern California Edison Co. v. United States, No. 04-109C (Fed. Cl.). Enlarging the time to complete our expert reports and respond to plaintiffs' damages schedule would enable us and our technical and accounting experts to use the information gleaned in the discovery process, potentially leading to a stipulation to the amount of some of the components of damage claimed by plaintiffs. Enlarging the time to complete these materials also would obviate the need to amend these reports and responses upon the discovery of additional information.

For the foregoing reasons, defendant respectfully requests that the Court grant our request for an enlargement of time, to and including September 17, 2007, within which to provide our expert reports and respond to plaintiffs' damages schedules.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

s/Lisa L. Donahue
LISA L. DONAHUE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-9498
Fax: (202) 307-2503

May 23, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO PRODUCE EXPERT REPORTS AND RESPOND TO PLAINTIFFS' DAMAGES SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa L. Donahue