# In the United States Court of Federal Claims

No. 04-84C
(Filed: May 25, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
DOMINION RESOURCES, INC. and
VIRGINIA ELECTRIC and
POWER COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Defendant's unopposed motion, filed on May 23, 2007, for an enlargement of time, is granted. Defendant shall produce expert reports and respond to plaintiffs' damages schedules on or before September 17, 2007.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge