# In the United States Court of Federal Claims

No. 04-84C
(Filed: June 7, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * *
DOMINION RESOURCES, INC. and
VIRGINIA ELECTRIC and
POWER COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court modifies its January 12, 2007 order. The trial, originally scheduled for March 10, 2008, is now scheduled for April 7-18, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge