# In the United States Court of Federal Claims

No. 04-84C
(Filed: July 24, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
VIRGINIA ELECTRIC and
POWER COMPANY,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Defendant's unopposed motion, filed on July 20, 2007, for an enlargement of time is granted. The court adopts defendant's proposed amendment to the pre-trial schedule as follows:

(1) Defendant shall produce its expert reports and respond to plaintiffs' damage schedules on or before Friday, October 26, 2007.

(2) Discovery shall be closed on Thursday, December 20, 2007.

(3) Parties shall exchange exhibit and witness lists on or before Tuesday, January 22, 2008.

(4) Plaintiffs shall file their pre-trial memorandum on or before Friday, February 8, 2008.

(5) Defendant shall file its pre-trial memorandum on or before Monday, March 10, 2008.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge