# In the United States Court of Federal Claims

No. 04-84C
(Filed: October 29, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
DOMINION NUCLEAR
CONNECTICUT, INC.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the telephone conference held this date, the following is ORDERED:

The pretrial conference will be held Thursday, March 13, 2008, beginning at 10:00 a.m., in the National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for both parties shall appear in person.

Trial will be held May 5 through May 16, 2008, at the above address. Trial will commence at 9:00 a.m. each day.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge