IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DOMINION RESOURCES, INC., and VIRGINIA ELECTRIC & POWER COMPANY, Plaintiffs, v. THE UNITED STATES, Defendant. | No. 04-0084 (Judge Bruggink) |

| | |
|---|---|
| DOMINION RESOURCES, INC., and DOMINION NUCLEAR CONNECTICUT, INC., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 04-0083 (Judge Bruggink) |

**DEFENDANT'S WITNESS LIST**

Pursuant to the Court's order dated February 27, 2008, defendant, the United States, provides the following list of trial witnesses. This list does not identify witnesses that defendant may choose to use for impeachment. Defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections asserted by plaintiffs, in response to the exhibit lists served in this case. Defendant reserves the right to call all witnesses listed on the witness list provided by plaintiffs. Defendant also reserves the right to amend this

list as described in the Court's rules. The Government expects to call those witnesses designated with an asterix. The Government may call the remaining witnesses should the need arise.

## FACT WITNESSES

### Government Employees (Present and Former)

*1. **Alan Brownstein**
**Chief Operating Officer**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Brownstein is expected to testify concerning the implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the Annual Capacity Report ("ACR"), the issuance and content of the Acceptance Priority Ranking ("APR") report, delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated length of direct examination: 1 hour.

2. **Christopher Kouts**
**Director, Office of Systems Analysis and Strategy Development**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Kouts may testify concerning the plans by the Department of Energy ("DOE") to accept spent nuclear fuel at a geologic repository and a Monitored Retrievable Storage ("MRS") facility, the reasons for the delays in the Yucca Mountain project, DOE's ability to accept utility spent nuclear fuel ("SNF"), budgetary issues, and other relevant matters.

Estimated length of direct examination: 2.5 hours.

**3. Ronald Milner**
**15102 Carlbern Drive**
**Centreville, VA 20120**

Mr. Milner, former Chief Operating Officer for DOE's Office of Civilian Radioactive Waste Management ("OCRWM"), may testify concerning the implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the Annual Capacity Report ("ACR"), the issuance and content of the Acceptance Priority Ranking ("APR") report, delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated length of direct examination: 1 hour.

***4. Robert L. Morgan**
**P. O. Box 2584**
**Monument, Colorado 80132**

Mr. Morgan, former Director of DOE's Nuclear Waste Policy Act ("NWPA") Project Office, is expected to testify concerning the early implementation of the NWPA, the formation of the Standard Contract, and other relevant matters.

Estimated length of direct examination: 1.5 hours.

5. **Thomas Pollog**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Pollog may testify concerning the implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the ACRs, the issuance and content of the APR, delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Pollog also may testify concerning the DOE database built upon the Form RW-859 data submitted by the utilities and used to develop fuel acceptance allocations and other relevant matters.

Estimated length of direct examination: 1.5 hours.

*6. **David Zabransky**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Zabransky is expected to testify concerning the Government's implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, and schedule negotiations. Mr. Zabransky is also expected to testify concerning his knowledge of issues concerning the Standard Contract based upon his experience in the nuclear utility industry prior to his employment with DOE, and other relevant matters.

Estimated length of direct examination: 1.5 hours.

**Plaintiff's Employees (Present and Former)**

1. **David P. Batalo**
**Dominion Resources Services, Inc.**
**5000 Dominion Boulevard**
**Glen Allen, VA 23060**

Mr. Batalo may testify concerning Dominion's spent fuel storage needs at its Virginia plants and the process by which those needs were assessed.

Estimated length of direct examination: 0.5 Hours

*2. **William R. Benthal, II**
**Dominion Resources Services, Inc.**
**5000 Dominion Boulevard**
**Glen Allen, VA 23060**

Mr. Benthall is expected to testify concerning his role in the events leading up to the execution of the Standard Contract, Dominion's understanding of the Standard Contract, his activities for trade associations that commented upon and sought to amend the Standard Contract, and his role in helping to administer the Standard Contract.

Estimated length of direct examination: 1 Hour.

3. **Ronald M. Berryman**
**Dominion Resources Services, Inc.**
**5000 Dominion Boulevard**
**Glen Allen, VA 23060**

Mr. Berryman may testify concerning his role in helping to administer the Standard Contract, Dominion's spent fuel storage needs and the process by which those needs were assessed, and his experience and responsibilities as the Director of the Nuclear Analysis and Fuel Group.

Estimated length of direct examination: 0.5 hours.

*4. **Tom Alan Brookmire**
**Dominion Resources Services, Inc.**
**5000 Dominion Boulevard**
**Glen Allen, VA 23060**

Mr. Brookmire is expected to testify concerning spent fuel operations at Dominion, Dominion's spent fuel storage needs and the process by which those needs were assessed, and the modifications at Dominion's Virginia plants performed to load casks to its dry storage facility.

Estimated length of direct examination: 1.5 hours.

5. **Lee O. Hill**
**Dominion Resources Services, Inc.**
**5000 Dominion Boulevard**
**Glen Allen, VA 23060**

Mr. Hill may testify concerning his role in helping to administer the Standard Contract and his role in compiling plaintiffs' damage claim in this case.

Estimated length of direct examination: 1 hour.

*6. **Wesley Allen Jenkins**
**Dominion Resources Services, Inc.**
**5000 Dominion Boulevard**
**Glen Allen, VA 23060**

Mr. Jenkins is expected to testify about the manner in which costs have been assigned in Dominion's accounting system for projects undertaken at Dominion's Virginia plants for which plaintiffs claim damages, the makeup of certain cost elements in Dominion's claim, including, but not limited to, the "Allowance For Funds Used During Construction" and "Capitalized Interest" Accounts, overhead accounts and payroll costs.

Estimated length of direct examination: 1.5 hours.

7. **Michael S. Lico**
**Dominion Resources Services, Inc.**
**5000 Dominion Boulevard**
**Glen Allen, VA 23060**

Mr. Lico may testify concerning the rack project undertaken at Millstone Unit 3.

Estimated length of direct examination: 0.5 hours.

**8. Luis L. Nunez, Jr.**
**Dominion Resources Services, Inc.**
**5000 Dominion Boulevard**
**Glen Allen, VA 23060**

Mr. Nunez may testify about the manner in which costs have been assigned in Dominion's accounting system for projects undertaken at Dominion's Connecticut plants for which plaintiffs claim damages and his role in compiling plaintiffs' damage claim in this case.

Estimated length of direct examination: 0.5 hours.

*9. **Michael J. Rutkoske**
**Indian Point Energy Center**
**450 Broadway**
**Buchanan, NY 10511**

Mr. Rutkoske is expected to testify concerning the modifications at Dominion's Connecticut plants performed to load casks to its dry storage facility, including, but not limited to, the crane upgrades performed at Millstone Units 2 and 3.

Estimated length of direct examination: 1 hour.

**10. Marvin Lee Smith**
**Dominion Resources Services, Inc.**
**5000 Dominion Boulevard**
**Glen Allen, VA 23060**

Mr. Smith may testify concerning his role in helping to administer the Standard Contract, Dominion's spent fuel storage needs at its Virginia plants, and the spent fuel storage options available to Dominion at its Virginia plants.

Estimated length of direct examination:1 hour.

***11. Brian H. Wakeman**
**Dominion Resources Services, Inc.**
**5000 Dominion Boulevard**
**Glen Allen, VA 23060**

Mr. Wakeman is expected to testify concerning the need for and the costs associated with projects at Dominion's Virginia plants that plaintiffs claim are traceable to DOE's delay in performance. Mr. Wakeman is also expected to testify concerning the steps that plaintiffs would have taken, and the cost associated with such steps, had DOE commenced accepting fuel in 1998. Mr. Wakeman is further expected to testify concerning his role in the events leading to the execution of the Standard Contract, Dominion's understanding of the Standard Contract, his activities for trade associations that commented upon and sought to amend the Standard Contract, and his role in helping to administer the Standard Contract.

Estimated length of direct examination: 3 hours.

***12. Carl Whitaker**
**Dominion Resources Services, Inc.**
**5000 Dominion Boulevard**
**Glen Allen, VA 23060**

Mr. Whitaker is expected to testify concerning activities and decisions relating to the storage of spent nuclear fuel at Dominion's Connecticut plants, including, but not limited to, the upgrade of the cranes at Millstone Units 2 and 3, the inter-unit transfer project, the rack project conducted at Millstone Unit 3, and the full core offload license amendment for Millstone Unit 3.

Estimated length of direct examination: 2 hours

**Third Party Witnesses**

1. **Loring E. Mills**
**132 Eareckson Lane**
**Stevensville, MD 21666**

Mr. Mills, formerly with the Edison Electric Institute, a utility trade association, from 1976 to 1993, may testify concerning the authentication of documents regarding the development of the Standard Contract, the utilities' understanding regarding the rate and schedule of spent nuclear fuel acceptance by DOE, and EEI's efforts and attempt to amend,the Standard Contract.

Estimated length of direct examination: 1.5 hours.

2. **Jay Silberg**
**Pillsbury Winthrop Shaw Pittman LLP**
**2300 N Street, NW**
**Washington, DC 20037-1122**

Mr. Silberg, an attorney for EEI and the Utility Nuclear Waste Management Group ("UNWMG"), may testify concerning the authentication of documents regarding the development of the Standard Contract, the industry's understanding of the terms of the proposed Standard Contract, and EEI's and UNWMG's comments upon and attempt to amend the Standard Contract.

Estimated length of direct examination: 1 hour.

3. **John Buchheit**
**Senior Engineer, Nuclear Fuels**
**Duke Engineering and Services**
**400 Donald Lynch Boulevard**
**Marlboro, MA 01752**

Mr. Buchheit, a former employee of Yankee Atomic Electric Company ("Yankee Atomic"), may be called to authenticate Yankee Atomic documents that the Government has placed upon its exhibit list.

Estimated length of direct examination: 0.5 hours.

4. **Thomas L. Hayslett**
**910 Red Fox Lane**
**Hixson, Tennessee 37343**

Mr. Hayslett, a retired employee of Tennessee Valley Authority ("TVA"), may be called to authenticate TVA documents that the Government has placed upon its witness list.

Estimated length of direct examination: 0.5 hours.

## Government Expert Witnesses

*1. **R. Larry Johnson**
**Veris Consulting, LLC**
**11710 Plaza America Drive**
**Suite 300**
**Reston, VA 20190**

Mr. Johnson is expected to testify as an expert concerning the calculation of plaintiffs' damages, adjustments to plaintiff's damages because certain claimed costs were non-incremental to the partial breach, and the monetization of expert opinions offered by Mr. Grillo and Dr. Neuberger. Mr. Johnson's opinions and the bases for those opinions are set forth in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Johnson's expert witness report.

Estimated length of direct examination: 3.0 hours.

*2. **Joseph M. Grillo**
**c/o ABZ, Inc.**
**4451 Brookfield Corp. Drive**
**Chantilly, Virginia**

Mr. Grillo is expected to testify as an expert concerning technical issues related to plaintiffs' damages claim. Mr. Grillo's opinions and the bases for those opinions are set forth in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Grillo's expert witness report.

Estimated length of direct examination: 2.5 hours.

*3. **Dr. Jonathan Neuberger, Ph.D.**
**Economists, Incorporated**
**5980 Horton Street**
**Suite 250**
**Emeryville, CA 94608**

Dr. Neuberger is expected to testify as an expert concerning economic decision-making related to plaintiffs' damages claim. Dr. Neuberger's opinions and the bases for those opinions are set forth in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Dr. Neuberger's expert witness report.

Estimated length of direct examination: 3.0 hours.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Lisa L. Donahue by s/Scott Slater
LISA L. DONAHUE
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-9498
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN LO RE
Senior Trial Counsel

ANDREW P. AVERBACH
CHRISTOPHER J. CARNEY
SCOTT SLATER
Trial Attorneys
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

March 24, 2008

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 24th day of March, 2008, a copy of the foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Slater