# In the United States Court of Federal Claims

Nos. 04-83C & 04-84C
(Filed: April 7, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
VIRGINIA ELECTRIC and
POWER COMPANY,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the reasons set out at the pre-trial conference held on April 7, 2008, defendant's Motion for Partial Summary Judgment on AFUDC and Motion for Partial Summary Judgment on Pre-Acquisition Claims are denied without prejudice. It is SO ORDERED.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge