IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., and<br>VIRGINIA ELECTRIC & POWER COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0084<br>(Judge Bruggink) |
| DOMINION RESOURCES, INC., and<br>DOMINION NUCLEAR CONNECTICUT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0083<br>(Judge Bruggink) |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR LEAVE TO FILE AMENDED EXHIBIT LIST**

Pursuant to Rule 7(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests leave to file the accompanying amended list of exhibits that it anticipates offering into evidence at trial. The purpose of amending the list is to permit the Government to elicit testimony concerning issues that were raised and documents that were discussed during the depositions of three witnesses who were disclosed to the Government when plaintiffs filed their witness list on March 24, 2008, and whose depositions took place during the weeks of March 31 and April 7, 2008. Plaintiffs have stated that they will not oppose this motion.

Granting this motion will not prejudice the plaintiffs, as the additional documents consist of materials that were either produced by plaintiffs during discovery, are communications from plaintiffs' counsel, or are communications from plaintiffs to the Nuclear Regulatory Commission (or reports prepared by the NRC) concerning the nuclear power plants that are at issue in this case. Nor will granting the motion delay the trial of this matter. As with the original exhibit list, this list does not contain exhibits that the Government may choose to use for impeachment or to refresh the recollection of a witness. Defendant reserves the right to seek further amendments to this list pursuant to the Court's rules. Defendant also continues to reserve the right to use any exhibit listed on the exhibit list provided by plaintiffs.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.

s/Lisa L. Donahue
LISA L. DONAHUE
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-9498
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Assistant Director
Office of General Counsel
U.S. Department of Energy
Washington, D.C. 20585
1000 Independence Ave., S.W.

ALAN LO RE
Senior Trial Counsel

ANDREW P. AVERBACH
CHRISTOPHER J. CARNEY
SCOTT SLATER
Trial Attorneys
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

April 18, 2008

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 18th day of April, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach