**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DOMINION RESOURCES, INC.,** | ) | |
| **DOMINION NUCLEAR CONNECTICUT, INC.,** | ) | |
| Plaintiffs, | ) | Case No. 04-83C |
| v. | ) | Judge Bruggink |
| **UNITED STATES OF AMERICA,** | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| **DOMINION RESOURCES, INC.,** | ) | |
| **VIRGINIA ELECTRIC AND POWER COMPANY,** | ) | |
| Plaintiffs, | ) | Case No. 04-84C |
| v. | ) | Judge Bruggink |
| **UNITED STATES OF AMERICA,** | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED LIST OF EXHIBITS TO BE OFFERED IN EVIDENCE AT TRIAL**

Pursuant to Rule 7(b)(1) of the Rules of the United States Court of Federal Claims, Plaintiffs in Case No. 04-83C, Dominion Resources, Inc., and Dominion Nuclear Connecticut, Inc., and plaintiffs in Case No. 04-84C, Dominion Resources, Inc. and Virginia Electric and Power Company (also d/b/a "Dominion Virginia Power") (collectively referred to for these purposes as "Dominion"), respectfully request leave to file the accompanying amended list of exhibits. The purpose of amending the exhibit list is to: (1) address issues raised in Defendant's Pretrial Brief filed on March 24, 2008 (the date Dominion filed its original exhibit list);

(2) respond to an Addendum Expert Report submitted by the Defendant on April 2, 2008; (3) update and add certain exhibits based on Dominion's April 16, 2008 letter to Plaintiff; (4) redact certain personal information from a few exhibits; and (5) resolve several of Defendant's objections to Dominion's original exhibit list. Defendant's counsel stated that the government does not oppose this motion.

Granting this motion will not prejudice the Defendant because all new or revised exhibits are either documents previously produced during discovery in this matter (or summaries thereof) or documents publicly available from government agencies.

Respectfully submitted,

s/ Brad Fagg

Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001

Attorneys for Plaintiffs

Of Counsel:

Paul M. Bessette
D. Bruce McPherson
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Telephone: (202) 739-3000
Facsimile: (202) 729-3001

April 24, 2008

**Dominion v. U.S. Fed. Cl. 04-0083C & 04-0084C**
**Plaintiffs' Amended Exhibit List**

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 1 | October 1980 | Department of Energy, Report on Fee for Spent Nuclear Fuel Storage and Disposal Services, DOE/SR-0006 (*marked as DOM2-00000001 through 028)* |
| 2 | September 1982 | CBO Study, Financing Radioactive Waste Disposal (*marked as DOM2-00000029 through 084)* |
| 3 | 1/25/83 | Transmittal by R.H. Leasburg of handouts from DOE/Industry Meeting, Nuclear Waste Policy Act of 1982 (*marked as DOM00035691 through 744)* |
| 4 | 1/28/83 | Memorandum from Robert Morgan to All Nuclear Waste Policy Act Project Office Personnel regarding Implementation of Nuclear Waste Policy Act of 1982 *(marked as EDB-003-0855-56, HQZ 19870303.6486.0001 through 002)* |
| 5 | 2/3/83 | Transmittal by W.R. Benthall of Draft DOE Contract for Disposal of Spent Fuel and/or High Level Waste (*marked as DOM00035892 through 945)* |
| 6 | 2/8/83 | Memorandum from D.R. Fishback to W.R. Bethall, comments on Draft DOE Permanent Disposal Contract (*marked as DOM00070887)* |
| 7 | 2/14/83 | Memorandum from R.H. Leasburg to E.B. Brasfield, regarding DOE Waste Disposal Contract and disposal cost estimates (*marked as DOM00036293 through 294)* |
| 8 | 2/14/83 | Memorandum from R.H. Leasburg requesting comments on attached proposed Standard Contract (*marked as DOM00036297 through 6350)* |
| 9 | 2/16/83 | Letter from Darrell G. Eisenhut, NRC, to Power and Non-Power Reactor Licensees, Applicants for an Operating License and Holders of Construction Permits enclosing copy of NWPA Section 302(b) regarding requirement to have license by 6/30/83 (*marked as DOM00036281 through 284)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 10 | 2/24/83 | Memorandum from L.J. Bradley to W.R. Benthall with comments on Waste Disposal Contract (*marked as DOM00071030)* |
| 11 | 2/24/83 | Memorandum from M.L. Smith to W.R. Benthall, comments on Draft DOE/Utility Standard Waste Disposal Contract (*marked as DOM00036275 through 276 and marked as Ex. 4 in Smith deposition)* |
| 12 | 3/3/83 | Letter to Robert Morgan, DOE, from Bernhardt W. Erk, Northeast Utilities, regarding Contract for Disposal of Spent Nuclear Fuel, submitting preliminary comments (*marked as ADM002 00208 through 12, marked as ARC001 0263 through 267, marked as Ex. 6 in Wakeman 30(b)(6) deposition), and marked as Ex. 3 in Benthall deposition)* |
| 13 | 3/7/83 | Letter from R.H. Leasburg to Robert Morgan, Vepco's Comments on Draft DOE Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste *(marked as DOM00034717 through 719)* |
| 14 | 3/7/83 | Letter from John J. Kearney, Edison Electric Institute, to Robert Morgan, DOE, submitting comments on the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (*marked as ARC001 0325 through 0412)* |
| 15 | 3/7/83 | Letter from R.H. Leasburg to DOE, Administrative Information for DOE Spent Nuclear Fuel Disposal Services Contract (*marked as DOM00036270 through 271)* |
| 16 | 3/22/83 | "Vepco Program for Interim Storage of Spent Nuclear Fuel," Presented at the Air Fuel Cycle Conference by Marvin L. Smith (*marked as DOM00060754 through 761)* |
| 17 | 3/25/83 | Memorandum from E.R. Smith, Jr. to W.R. Benthall regarding preparation of information necessary to inform NRC of Vepco's status of pursuing agreement with DOE (*marked as VAP-0002532)* |
| 18 | 4/5/83 | Memorandum from W.R. Benthall to F.M. McGeary regarding open items to be resolved under Standard Contract (*marked as DOM00034624 through 625)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 19 | 4/8/83 | Letter from W.L. Stewart to Harold Denton, NRC, regarding pursuit of agreement for disposal of high-level radioactive waste and spent nuclear fuel (*marked as DOM00069020)* |
| 20 | 4/13/83 | Memorandum from R.H. Leasburg to Distribution regarding Vepco Interim Spent Fuel Storage Plan (*marked as DOM00035745 through 793)* |
| 21 | 4/28/83 | Memorandum from L.J. Bradley to W.R. Benthall, comments of Contracts Department on Standard Contract (*marked as DOM00071029)* |
| 22 | 5/2/83 | Statement of Robert Morgan before the Subcommittee on Energy Research and Development Committee on Energy and Natural Resources – U.S. Senate *(marked as EDB-002-0463 through 81)* |
| 23 | June 1983 | DOE/S-0020, Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste *(marked as PNL-028-2011 through 2065)* |
| 24 | 6/2/83 | DOE Disposal Contract Info (*marked as DOM00034583 through 4607, and marked as Ex. 93 in Wakeman deposition and Ex. 11 in Benthall deposition)* |
| 25 | 6/17/83 | Letter from Robert Morgan to John J. Kearney addressing concerns regarding DOE's standard contract for disposal of spent nuclear fuel *(marked as ZAB-001-1462)* |
| 26 | 6/27/83 | Transmittal by Thomas S. Keefe, DOE, to W.N. Thomas of executed copy of Spent Fuel Contract DE-CR01-8344423 (*marked as DOM00070917 through 982 and marked as Ex. 2 in Berryman deposition and Ex. 5 in Smith deposition)* |
| 27 | 6/30/83 | DOE Contract No. DE-CR-01-83NE44399.000, Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Millstone Unit 1) (*marked as DOM00029250 through 327)* |
| 28 | 6/30/83 | DOE Contract No. DE-CR-01-83NE44467.000, Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Millstone Unit 2) (*marked as DOM00029328 through 405)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 29 | 6/30/83 | DOE Contract No. DE-CR-01-83NE44468.000, Contract Between DOE and Northeast Utilities for Disposal of SNF and/or HLRW (Millstone 3) (*marked as DOM00033535 through 613)* |
| 30 | July 1983 | DOE, Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste, DOE/S-0020/1 (*marked as DOM2-00000085 through 139)* |
| 31 | 7/5/83 | Correspondence follow-up sheet from W.C. Counsil to Generation Facilities Licensing regarding DOE letter concerning Information Provided at Pre-proposal Conference on Dry Storage Demonstration and In-Basin Rod Consolidation Demonstration (*marked as DOM00053048 through 149)* |
| 32 | 9/15/83 | Memorandum from Richard Williamson of DOE to Distribution regarding Mission Plan Strategy *(marked as PNL-173-1282 through 1288)* |
| 33 | 12/2/83 | Letter from Jerry White, Director of DOE, to Director of Pacific Northwest Laboratory, regarding FY 1984 Program Guidance for Nuclear Waste Fund (NWF) Evaluations *(marked as PNL-021-0233 through 0243)* |
| 34 | 12/20/83 | Draft Civilian Radioactive Waste Management Program Mission Plan – Vol. I *(marked as CTR-042-1065 through 1190)* |
| 35 | 12/20/83 | Letter from Robert L. Morgan, Acting Director, Office of Civilian Radioactive Waste Management, to Russell E. L. Stanford, Program Manager Utility, Nuclear Waste Management Group, Edison Electric Institute *(marked as SN045165 through 166)* |
| 36 | 1/24/84 | Memorandum from J.F. Fletcher to R. J. Hall regarding Revised Waste Acceptance Schedule from Draft Mission Plan *(marked as PNL-023-0176 through 0196)* |
| 37 | February 1984 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting, December 12-15, 1983 *(marked as SN069588 through SN070014)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 38 | 2/7/84 | Memorandum from B.H. Wakeman regarding request from UNWMG for comments on attached draft 1/5/84 Petition for Rulemaking (*marked as VAP-0002163 through 2200, and marked as Ex. 94 in Wakeman deposition and Ex. 6 in Benthall deposition)* |
| 39 | 2/22/84 | Statement of Michael J. Lawrence before the House Committee on Energy and Commerce *(marked as PNL 173-0225 through 0264)* |
| 40 | April 1984 | DOE/RW-0005 Draft, Volumes I and II of II; Mission Plan for the Civilian Radioactive Waste Management Program (*marked as DOM2-00000140 through 262)* |
| 41 | 4/27/84 | Final Draft of Preliminary Analysis of the Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program *(marked as PNL-020-1491 through 1652)* |
| 42 | 6/14/84 | Memorandum from E. Krinick to R.R. Calabro, Notes on Meeting of the High-Level Waste/Spent Fuel Storage Working Group of UNWMG (*marked as DOM00067070 through 075)* |
| 43 | July 1984 | Nuclear Waste Fund Fee Adequacy Assessment *(PNL-021-1190 through 1198)* |
| 44 | 7/23/84 | Letter from Michael J. Lawrence to Ben. C. Rusche regarding Richland Operations Office Comments on Draft Mission Plan Dated April 1984 *(marked as 1199 through 1202)* |
| 45 | February 1985 | Nuclear Waste Fund Fee Adequacy: An Assessment (Introduction and Summary) *(marked as HQR-042-1221 through 1234)* |
| 46 | April 1985 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (Abstract, Table of Contents, and Chapters 1 and 2) (*marked as DOM2-00000263 through 286)* |
| 47 | April 1985 | DOE/RW-022, The Need for and Feasibility of Monitored Retrievable Storage – A Preliminary Analysis (*marked as DOM2-00000287 through 345)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 48 | June 1985 | Mission Plan for the Civilian Radioactive Waste Management Program, Vol. I *(marked as HQR-003-1088 through 1620)* |
| 49 | June 1985 | Public Comments on the Draft Mission Plan for the Civilian Radioactive Waste Management Plan, Volume III, DOE/RW-0005 (through page 72) (*marked as YMP-001-1397 through 1475 and marked as Ex. 9 in Smith deposition)* |
| 50 | March 1986 | Nuclear Waste Fund Fee Adequacy: An Assessment (DOE/RW-0020) (*marked as DOM2-00001060 through 1076)* |
| 51 | April 1986 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program; DOE/RW-0047 (*marked as DOM2-00000346 through 443)* |
| 52 | 5/20/86 | Memorandum from Brian Wakeman regarding Surry Spent Fuel Shipments (*marked as DOM00034563)* |
| 53 | January 1987 | Draft Mission Plan Amendment *(marked as HQR-025-5141 through HQR-025-5200)* |
| 54 | March 1987 | Monitored Retrievable Storage Submission to Congress, Volume I, "The Proposal" (*marked as DOM2-00000444 through 486)* |
| 55 | June 1987 | OCRWM Mission Plan Amendment, With Comments on the Draft Amendment and Responses to the Comments (Part I) *(marked as DOM2-00000487 through 555)* |
| 56 | June 1987 | OCRWM Annual Capacity Report *(marked as DOM00031988 through 32073)* |
| 57 | 6/8/87 | Memorandum from B.D. Mann to C.T. Snow regarding Standard Contract Meeting on 6/4/87 (*marked as DOM00036736 through 737 and marked as Ex. 1 in Brookmire deposition)* |
| 58 | 8/5/87 | UNWMG HLW/Spent Fuel Storage Task Force Membership Lists (*marked as DOM00032074 through 2080)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 59 | 10/2/87 | DOE Letter from Christopher T. Jedrey to S. P. Kraft regarding interpretations, clarifications, amendments to Standard Contract for Disposal of SNF/HLRW *(marked as PNL-028-1142 through 1146)* |
| 60 | June 1988 | DOE Annual Capacity Report |
| 61 | June 1988 | DOE Draft 1988 Mission Plan Amendment *(marked as DOM2-00001077 through 1181)* |
| 62 | August 1988 | Initial Version, Dry Cask Storage Study, DOE/RW-0196 (*marked as DOM00052896 through 998)* |
| 63 | 9/9/88 | Memorandum from F.K. Moore to W.L. Stewart, Summary of the 1988 DOE Annual Capacity Report (*marked as DOM00036578 through 581)* |
| 64 | February 1989 | DOE Final Version Dry Cask Storage Study, DOE/RW-02 (*marked as DOM00052523 through 885)* |
| 65 | 3/24/89 | Letter from Carol Rueter of DOE to Tyndall Baucom enclosing fully executed copy of Modification to Contract No. DE-CR01-83NE44423 (*marked as DOM00070904 through 915)* |
| 66 | November 1990 | Comment Response Document for The Secretary of Energy's "Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program" *(marked as HQR-036-2077 through 2212)* |
| 67 | December 1990 | Preliminary Estimates of the Total-System Cost for the Restructured Program *(marked as FOI-004-4063 through 4127)* |
| 68 | December 1990 | Annual Capacity Report *(marked as HQR0002486 through 2608 and HQR-001-2487 through 2609)* |
| 69 | 5/15/91 | Letter to Charles A. Brown from Carol Rueter, DOE, enclosing Draft APR (*marked as DOM00036540 through 541)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 70 | 5/28/91 | Memorandum from J.A.V. Berry to B.H. Wakeman regarding Draft APR and transmitting May 15, 1991 letter from DOE's Carol Rueter (*marked as DOM00036539)* |
| 71 | 6/17/91 | Memorandum from B.H. Wakeman to J.A.V. Berry regarding review of DOE Draft APR, with attachments showing errors (*marked as DOM00036508 through 538)* |
| 72 | 6/20/91 | Letter from C.A. Brown to Carol Rueter, Virginia Power Comments on Draft APR and attachments showing errors (*marked as DOM00036542 through 572)* |
| 73 | September 1991 | United States General Accounting Office, Report to Congressional Requesters, Nuclear Waste: Operation of Monitored Retrievable Storage Facility Is Unlikely by 1998 *(marked as HQR-042-3296 through 3329)* |
| 74 | December 1991 | Annual Capacity Report *(marked as HQ0003588-650 and HQR-002-0797 through 0859)* |
| 75 | December 1991 | 1991 Acceptance Priority Ranking, DOE/RW-0328P (*marked as CTR-020-0152 through 187 and marked as Ex. 98 in Wakeman deposition)* |
| 76 | 12/30/91 | Letter to Charles Brown from M. Detmer, DOE Enclosing 1991 APR (*marked as DOM00029740 through 741)* |
| 77 | 1/14/92 | Memorandum from J.A.V. Berry to B.H. Wakeman attaching 1991 APR for review (*marked as DOM00029739)* |
| 78 | 3/4/92 | Letter to Charles A. Brown from M. Detmer (DOE) transmitting DCS form and instructions (*marked as DOM00036481 through 490)* |
| 79 | 3/9/92 | Memorandum from J.A.V. Berry to B.H. Wakeman attaching 3/4/92 letter from DOE to Mr. Charles Brown concerning DCS for spent fuel shipments (*marked as DOM00036480 and marked as Ex. 99 in Wakeman deposition)* |
| 80 | 9/25/92 | Memorandum from Jean McKissick to Ed Murphy regarding DOE Delivery Commitment Schedule (*marked as DOM00033867 through 871 and marked as Ex. 1 in Guerci deposition)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 81 | 12/14/92 | Memorandum from J.F. Kinsman/W.R. Koste, Final Report on Spent Fuel Storage Options at the millstone Point Facilities and Appendices (*marked as DOM00060659 through 753)* |
| 82 | 3/10/93 | Letter from Beth Tomasoni to E.F. Murphy approving revised DCS, Millstone Unit 1 (*marked as COF035 0493 through 0494 and marked as Ex. 2 in Guerci deposition)* |
| 83 | 7/6/93 | Memorandum from W.R. Wright to B.H. Wakeman transmitting June 15, 1993 DOE letter concerning DCSs under the Standard Contract (*marked as DOM00036463 through 472)* |
| 84 | 9/10/93 | Letter from R.M. Berryman to DOE, transmitting attached DCS for Contract No. DE-CR01-83NE44423 (*marked as DOM00036401, 400 and 402 and marked as Ex. 100 in Wakeman deposition, and Ex. 3 in Berryman deposition)* |
| 85 | 9/15/93 | Technical Report NE-0948, Rev. 0, Alternatives for Expansion of Interim Spent Nuclear Fuel Storage at the North Anna Power Station (*marked as DOM00010277 through 328, and marked as Ex. 102 in Wakeman deposition, Ex. 1 in Berryman, and Ex. 3 in Batalo deposition)* |
| 86 | 12/6/93 | Letter to R.M. Berryman from Beth Tomasoni, approval of DCS submitted 9/10/93 (*marked as DOM00036378 through 379)* |
| 87 | 12/17/93 | Memorandum to W.L. Stewart from F.K. Moore regarding EEI-U Waste Executive Committee Meeting (12/07/93) and Steering Committee Meeting (12/08/93) (*marked as DOM00036361 through 368)* |
| 88 | May 1994 | Technical Report NE-0746, Rev. 1, "Use of New Dry Storage Cask Designs at the Surry Power Station" (*marked as DOM00037418 through 438)* |
| 89 | 6/7/94 | Memorandum from M.L. Smith to R.M. Berryman regarding Draft Position Statement on Spent Fuel and High Level Radioactive Waste Issues (*marked as DOM00031329 through 333 and Ex. 12 in Smith deposition)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 90 | 6/16/94 | Draft Position Statement on Spent Fuel and High Level Radioactive Waste Issues with Transmittal Memorandum from R.M. Berryman (*marked as DOM0003118 through 123)* |
| 91 | 7/13/94 | Memorandum from M.L. Smith to R.M. Berryman, regarding Recommendations to Replace DOE as Manager of the High Level Waste (HLW) Program (*marked as DOM00044216 through 217)* |
| 92 | 7/15/94 | Letter from F. Kenneth Moore to Ted Garrish, Nuclear Energy Institute, regarding Industry Response to DOE Notice of Inquiry on Waste Acceptance Issues, with underlying NEI memorandum (*marked as DOM00031311 through 317)* |
| 93 | 8/17/94 | North Anna Power Station Units 1 and 2, Independent Spent Fuel Storage Installation, NP-2884/IR-7273 (*marked as DOM00085818 through 5962)* |
| 94 | 9/15/94 | Correspondence from Nuclear Energy Institute to CEOs of Utilities Operating Nuclear Power Plants regarding Industry Response to DOE Notice of Inquiry on Waste Acceptance Issues (59 Fed. Reg. 27,007, May 25, 1994) (*marked as DOM00031056 through 067)* |
| 95 | 9/20/94 | Memorandum from R.M. Berryman, Virginia Power with Draft Letter for Review and Comment, Response to DOE Notice of Inquiry on Waste Acceptance (*marked as DOM00030989 through 996)* |
| 96 | 9/22/94 | Letter from James P. O'Hanlon (Vepco) to Allan Brownstein, DOE, comments on Notice of Inquiry on Waste Acceptance Issues (*marked as DOM00031246 through 252)* |
| 97 | 10/4/94 | Transmittal from Bob Rasmussen of Duke Power Company to Marvin Smith of Virginia Power attaching 8-28-94 draft of Specifications for Nuclear Waste Legislation *(marked as DOM00030941 through 955)* |
| 98 | 10/5/94 | Virginia Power Comments on "Points of Discussion for Resolution and Legislation to Amend the Nuclear Waste Policy Act," sent to State Corporation Commission by Bob Saunders (*marked as DOM00030928 through 940)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 99 | 1/3/95 | Agenda and Presentation Outline for North Anna Power Station, Virginia Power Management Review Board on January 9, 1995 (*marked as DOM00041270 through 274)* |
| 100 | 2/16/95 | DOE Memorandum from Ronald A. Milner to Director of OCRWM regarding Total System Life Cycle Cost Assumptions Package *(HQR-057-1493 through 1494)* |
| 101 | 2/16/95 | Total System Life Cycle Cost Assumptions Package *(HQR-057-1495 through 1569)* |
| 102 | March 1995 | Acceptance Priority Ranking & Annual Capacity Report, U.S. Department of Energy *(marked as DOM00048142 through 48212)* |
| 103 | 7/31/95 | R.A. Isakson transmittal memorandum and NU Spent Fuel Storage Strategy (*marked as DOM0070853 through 872 and marked as Ex. 19 in Guerci deposition)* |
| 104 | September 1995 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program (*marked as DOM2-00000995 through 1059)* |
| 105 | 10/6/95 | Memorandum from L.E. Durbin with attached Draft responses in Investigation of Spent Nuclear Fuel Disposal Case No. PUE950060, Va. State Corporation Commission (*marked as VAP-0001468 through 477 and marked as Ex. 6 in Berryman deposition)* |
| 106 | 1/25/96 | Letter from Beth Tomasoni to R.L. Bigelow transmitting copy of approved DCS 01-2101-4399-01 dated 9/18/95 for Millstone 1 (*marked as COF036 2190 through 2192)* |
| 107 | 3/21/96 | Memorandum from B.H. Wakeman, North Anna Power Station Revised ISFSI Implementation Schedule (*marked as DOM00041259 through 260, and marked as Ex. 4 in Batalo deposition)* |
| 108 | 7/18/96 | Technical Report NE-1037, Revision 1, Spent Fuel Management Plan, Surry and North Anna Power Stations (*marked as DOM00041670 through 699 and marked as Ex. 109 in Wakeman deposition)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 109 | September 1996 | 1995 Acceptance Priority Ranking and Annual Capacity Report *(marked as DB0000246-298 and EDB-001-0249 through 0301)* |
| 110 | 10/8/96 | Technical Report NE-1099 –Rev. 0, Assessment of Boraflex Neutron Absorber Panels in the North Anna Spent Fuel Pool (*marked as DOM00041858 through 894 and marked as Ex. 14 in Brookmire deposition)* |
| 111 | 10/16/96 | U.S. DOE Nuclear Fuel Data Survey Supplement (Form RW-859S), Millstone 2 (*marked as Ex. 9 in Hill deposition and marked as Ex. 2 in Scace deposition)* |
| 112 | 10/18/96 | U.S. DOE Nuclear Fuel Data Survey Supplement (Form RW-859S), Millstone 3 (*marked as Ex. 10 in Hill deposition)* |
| 113 | 12/17/96 | DOE News: Department of Energy Notifies Utilities of Anticipated Delay in Accepting Commercial Spent Nuclear Fuel *(marked as HQR-039-0789)* |
| 114 | 1/9/97 | Letter from T.C. Feigenbaum to Beth Tomasoni and Final Delivery Schedules for Millstone Point Unit 1 and Connecticut Yankee Atomic Power for 1998 pursuant to Standard Contracts (*marked as HQ0011969 through 11976 and HQR0061467 through HQR0061474, and Ex. 6 in Hill deposition)* |
| 115 | 2/6/97 | Memorandum from M.L. Smith to K.L. Basehore, DOE Letter Notifying Virginia Power That DOE Will Not Begin Accepting Spent Fuel by January 31, 1998 (*marked as VAP-0004319 through 320)* |
| 116 | 2/7/97 | Technical Report NE-1037, Revision 2, Spent Fuel Management Plan, Surry and North Anna Power Stations (*marked as DOM00041700 through 729 and marked as Ex. 4 in Brookmire deposition and Ex. 5 in Batalo deposition)* |
| 117 | 3/3/97 | Design Change STD-GN-001, Station Modifications for the Independent Spent Fuel Storage Installation (ISFSI) North Anna./Units 1 & 2 (*marked as DOM00068006 through 8384)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 118 | 3/10/97 | Letter from Lee Hill to Beth Tomasoni regarding DOE's 12/17/96 letter regarding inability to begin acceptance of spent nuclear fuel by 1/31/98 (*marked as DOM00073925)* |
| 119 | 5/8/97 | Design Change No. 95-005, Independent Spent Fuel Storage Installation/North Anna Power Station/Units 1 & 2 (*marked as DOM00068918 through 940)* |
| 120 | 5/8/97 | Draft letter from Lee Hill to Michelle Miskinis providing comments on Draft RFP Number DE-RP01-97RW00320/Acquisition of Waste Acceptance and Transportation Services for OCRWM (*marked as DOM00032691 through 693)* |
| 121 | 5/13/97 | Letter from Harrison Barker to Beth Tomasoni, DOE, regarding DCS Schedule, Contract No. DE-CR01-83NE44423 (*marked as DOM00031480 through 481)* |
| 122 | 6/3/97 | Letter from Beth Tomasoni to Lee Hill forwarding comments by contract holders regarding anticipated delay in beginning spent nuclear fuel disposal (*marked as DOM00033313 through 338)* |
| 123 | 6/19/97 | Summary of Spent Fuel Issues (*marked as DOM00073927 through 933)* |
| 124 | 8/1/97 | Letter from Lee Hill to Beth Tomasoni regarding preliminary determination regarding applicability of Articles IX and XVI of NUSCO contracts (*marked as DOM00045047 through 5053)* |
| 125 | 9/26/97 | Letter from Lee Hill to Beth Tomasoni with attached DCS for Millstone Point Unit 2 for SNF to be removed in 2003 (*marked as COF-017-0149-through 0150 and marked as Ex. 7 in Hill deposition)* |
| 126 | 12/10/97 | Letter from Beth Tomasoni to Lee Hill regarding withdrawal of 6/3/97 Preliminary Determination in light of *Northern States Power* D.C. Circuit decision (*marked as DOM00029418)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 127 | 3/16/98 | Memorandum from M.L. Smith to H.H. Barker regarding Response to Yankee Atomic Request for Bids (*marked as VAP-0001002 and marked as Ex. 6 in Batalo deposition)* |
| 128 | 3/23/98 | Letter from K.L. Basehore to Thomas Bennet, Yankee Atomic Electric Company, Proposal to Trade Spent Fuel Allocations (*marked as DOM00031139 through 1141)* |
| 129 | 4/16/98 | Old Dominion Electric Cooperative/Virginia Power, North Anna ISFSI Update (*marked as DOM00037996 through 8000)* |
| 130 | 5/7/98 | Letter from H.H. Barker to Beth Tomasoni in response to January 29, 1998 letter regarding Form RW-859, with and incoming 1/29/98 letter from Tomasoni) (*marked as DOM00036351 through 352)* |
| 131 | 6/19/98 | Memorandum to G. Papanic, MP3 Licensing, from C.A. Whitaker, Northeast Utilities System, Transmitting MP3 Full Core Offload Technical Specification Change Request (*marked as DOM00059688 through 9692)* |
| 132 | 8/1/8/98 | Letter from Dwight Shelor, OCRWM, to Lee Hill regarding multi-purpose canisters (*marked as DOM00029416 through 9417)* |
| 133 | 8/27/98 | Letter from Lee Hill to Beth Tomasoni, notification that NUSCO regarding Contract No. DE-CR-01-83NE44399.000, and NUSCO's entitlement to compensation for costs incurred or to be incurred as a result of DOE's failure to fulfill obligations under contract (*marked as DOM00029410 through 9411)* |
| 134 | 9/25/98 | Memorandum from Lee Hill to David Amerine regarding Delivery Commitment Schedule to U.S. DOE (*marked as DOM00063207 and marked as Ex. 5 in Hill Deposition)* |
| 135 | 10/15/98 | Letter from Beth Tomasoni to Lee Hill in response to 8/27/98 letter regarding contract obligations (*marked as DOM00029409)* |
| 136 | 11/16/98 | Safety Evaluation Form, MP3 Full Core Offload as a Normal Evolution (*marked as DOM00059739 through 749)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 137 | December 1998 | Viability Assessment of a Repository at Yucca Mountain, Volume 2 -- Table of Contents, Overview, Introduction, and Design Bases chapters *(marked as 1930 through 1969)* |
| 138 | December 1998 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program, *(marked as HQR-036-0006 through 0037 and marked as SCE003178 through 3227))* |
| 139 | 12/11/98 | Letter from Lee Hill to Beth Tomasoni attaching FDS applicable to Millstone Point Unit 1 to be removed in 1999 *(marked as DOM00029551 through 558 and marked as Ex. 8 in Hill deposition)* |
| 140 | 1/7/99 | DCR Review and Approval Form, MP3 Full Core offload as a Normal Evolution (*marked as DOM00010133 and marked as Ex. 4 in Scace deposition)* |
| 141 | 1/18/99 | Millstone Nuclear Power Station, Unit No. 3 License Amendment Request and Technical Specification Changes for Full Core Off-load (PTSCR 3-16-98): Letter to NRC from Martin Bowling (*marked as DXR011 010272 through 275);* Affidavit Pursuant to 10 CFR § 2.790 (*marked as DXR011 010276 through 279)*; Attachment 1 (*marked as DXR011 010280 through 281);* Attachment 2 (*marked as DXR011 010282 through 297;* Attachment 3 (*marked as DXR011 010298 through 302;* Attachment 4 *(marked as DXR011 002589 through 590;* Attachment 5 (*marked as DXR011 02591 through 624;* and Attachment 6 (*marked as DXR011 002625 through 626)* |
| 142 | February 1999 | Licensing Report for Spent Fuel Rack Installation at Millstone Nuclear Station Unit 3, Holtec Report HI-981907 (*marked as DOM00064368 through 64667)* |
| 143 | 2/25/99 | Design Change Package ("DCR") Review and Approval Form, MP3 Spent Fuel Pool Rerack Project *DOM00028132 through 461)* |
| 144 | 3/19/99 | Millstone Nuclear Power Station, Unit No. 3, Proposed Revision to Technical Specification Spent Fuel Pool Rerack (TSCR 3-22-98) (*marked as DOM00010176 through 248)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 145 | 6/11/99 | Letter from Beth Tomasoni to David Amerine in response to Lee Hill's 12/11/98 letter regarding inability to approve FDS submittal (*marked as DOM00029549 through 550)* |
| 146 | 6/14/99 | Letter from Lake Barrett to David Amerine regarding Lee Hill 12/11/98 request for priority acceptance of Millstone 1 spent fuel (*marked as DOM00029406)* |
| 147 | 12/17/99 | Design Change, Permanent Shielding in Decon Building for ISFSI Dry Cask/NAPS/U1 & U2 (*marked as DOM00010552 through 558, and marked as Ex. 108 in Wakeman deposition)* |
| 148 | February 2000 | DCR Review and Approval Form, MP3 Spent Fuel Rack Installation (*marked as DOM00010249 through 10276)* |
| 149 | 8/7/00 | Purchase and Sale Agreement for the Millstone Nuclear Power Station (*marked as DOM2-00000556 through 808)* |
| 150 | 9/12/00 | Correspondence from Victor Nerses, ONRR, to S.E. Scace, Northeast Nuclear Energy Company, and attached Amendment No. 182 to Facility Operating License No. NPF-49 for Millstone 3 (*marked as DOM00059714 through 728 and marked as Ex. 14 in Scace deposition)* |
| 151 | 10/17/00 | Memorandum from C.A. Whitaker to D.W. Dodson regarding Review of License Amendment 182, MP3 Full Core Offload (*marked as DOM00059684-85)* |
| 152 | 11/15/00 | Engineering Transmittal, NAF 2000-0130, Rev. 0, Modifications to Storage Cask Transporter, Surry Units 1 and 2 (*marked as DOM00037288 through 319)* |
| 153 | 11/28/00 | Letter from Victor Nerses, NRC to R.G. Lizotte, Northeast Nuclear Utility Company, transmitting Millstone Unit 3, Issuance of Amendment re: Increasing Spent Fuel Storage Capacity (TAC No. MA5137) (*marked as DOM00044467 through 509)* |
| 154 | March 2001 | Draft Millstone Spent Fuel Strategy (*marked as DOM00036143 through 180)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 155 | 3/6/01 | Memorandum from B.H. Wakeman to K.L. Basehore, Notes of March 1, 2001 Meeting, Millstone Power Station, Status of Spent Fuel Storage Projects (*marked as DOM00036183 through 190)* |
| 156 | 4/26/01 | Letter from John Keane to Herbert Watkins, DOE, re: Standard Contract No. DE-CRO1-83NE44399.000, notification that Millstone 1 transferred to Dominion Nuclear Connecticut *(marked as COF038 0056, and marked as Ex. 4 in Hill Deposition)* |
| 157 | 4/26/01 | Letter from John Keane to Herbert Watkins, DOE, re: Standard Contract No. DE-CR01-83NE44467.000, notification that Millstone 2 transferred to Dominion Nuclear Connecticut (*marked as COF038 0057)* |
| 158 | 4/26/01 | Letter from John Keane to Herbert Watkins, DOE, re: Standard Contract No. DE-CR01-83NE44468.000, notification that Millstone 3 transferred to Dominion Nuclear Connecticut (*marked as COF038 0058)* |
| 159 | May 2001 | DOE/RW-0533, Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program (*marked as DOM2-00000809 through 886)* |
| 160 | June 2001 | Millstone Spent Fuel Strategy, Revision 0 (*marked as DOM00049337 through 49378)* |
| 161 | 6/29/01 | DCR Review and Approval Form, MP3 Full Core Offload as a Normal Evolution (*marked as DOM00028126 through 127)* |
| 162 | 8/20/01 | Engineering Transmittal, ET NAF 2001-0071, Rev. 0, Design Basis Adequacy of Westinghouse Nozzleless Fuel Assembly Handling Tool, North Anna Power Station, Unit 1 and 2 (*marked as DOM00037039 through 7058)* |
| 163 | 9/12/01 | Specification Review and Approval Form – Millstone Point Station – Request for Services: Personnel, Equipment, Technical and Labor Services for the Transfer of Irradiated Nuclear Fuel from Unit 2 to Unit 3 Spent Fuel Pools (Spec. No. SP-MM-ME-1000) (*marked as DOM00046998 through 47080)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 164 | 12/17/01 | Millstone, Unit 2 Licensee Event Report 2001-007-00, Movement of Heavy Loads Not Addressed in Procedure (*marked as DXR012-009997 through 10001)* |
| 165 | January 2002 | DOE/RW-0351, Civilian Radioactive Waste Management System, Waste Acceptance System Requirements Document, Rev. 4 (*marked as DOM2-00000887 through 974)* |
| 166 | 3/6/02 | Presentation, Millstone Power Station Inter-unit Transfer of Spent Nuclear Fuel (*marked as DOM00015601 through 606 and Ex. 3 in Scace deposition)* |
| 167 | 4/10/02 | Engineering Record of Correspondence to Holtec regarding Inter-unit Transfer Project EWR M2-95033 (*marked as DOM00026356 through 457)* |
| 168 | 4/18/02 | Presentation by Carl Whitaker and Michael Rutkoske, Inter-unit Transfer Project: An Overview of Fuel Transfer Operations (*marked as DOM00044296 through 321)* |
| 169 | 6/3/02 | Memorandum from Brian Wakeman to Tom Brookmire, Vendor Selection – 2002 Procurement for Spent Fuel Storage System (*marked as DOM00009599 through 611)* |
| 170 | 6/18/02 | Memorandum from K.L. Basehore to J.L. Ferrara regarding Vendor Selection for Future Spent Fuel Storage System RFQ 6000056463, approval to negotiate purchase order with Transnuclear (*marked as DOM00009612)* |
| 171 | August 2002 | Millstone Spent Fuel Strategy, Revision 1 (*marked as DOM00057725 through 766)* |
| 172 | February 2003 | Technical Report NE-1037, Revision 3 – Spent Nuclear Fuel Management Plan, Surry and North Anna Power Stations (*marked as DOM00041730 through 789)* |
| 173 | 4/4/03 | Design Change, ISFSI Perimeter Fence Modification (*marked as DOM00010559 through 562)* |
| 174 | 6/11/03 | Engineering Work Request, Removal of Cell Blockers in Spent Fuel Pool, Millstone Unit 2 (*marked as DOM0064228 through 237)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 175 | September 2003 | Professional Qualifications Statement of Brian H. Wakeman (*marked as DOM00018677 through 680)* |
| 176 | 10/13/03 | Design Change, Pedestal for Spent Fuel Cask/NAPS/Units 1 & 2 (*marked as DOM00037127 through 226)* |
| 177 | 12/19/03 | Millstone Asset Strategy for Spent Fuel Storage *(marked as DOM00057715 through 716)* |
| 178 | 12/31/03 | Transmittal from S. Derek Phelps to Daniel A. Weekley of Connecticut Siting Council Pre-Hearing Interrogatories 18-58 (*marked as DOM00018812 through 816)* |
| 179 | 1/8/04 | Engineering Transmittal, Design Inputs for Surry Station Modifications, DCP 03-128 (*marked as DOM00035596 through 629)* |
| 180 | 2/3/04 | E-mail from Kerry Basehore to David Christian, copies to Tom Brookmire, John Guerci and Brian Wakeman regarding Contingency Action – Loss of Full Core Reserve – Millstone 2 and transmitting document, "MC2 Options for Loss of FCR" (*marked as DOM00044366 through 368)* |
| 181 | 2/26/04 | Letter from Tyrone Franklin, Board of Supervisors, Surry County, VA, to Richard Blount, regarding Amendment to CUP 85-1 (with 11/17/03 application from Dominion to Surry County) (*marked as DOM00055044 through 052)* |
| 182 | 3/13/04 | DCR Review and Approval Form, Cask Crane Upgrade Project, MP3 Shipping Cask Trolley (*marked as DOM00010113 through 130 and Ex. 17 in Rutkoske deposition)* |
| 183 | 3/25/04 | DCR Review and Approval Form, Independent Spent Fuel Storage Installation (ISFSI) Design (*marked as DOM0009785 through 9852)* |
| 184 | 5/18/04 | ISFSI Team Bid Evaluation and Recommendation *(marked as DOM00048126 through 132)* |
| 185 | 5/20/04 | DCR Review and Approval form, Cask Crane Upgrade Project – MP2 Cask Crane (*marked as DOM00010082 through 111 and marked as Ex. 14 in Wietharn deposition)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 186 | 5/27/04 | Specification Review and Approval Form, Independent Spent Fuel Storage Installation (ISFSI) Site Development, Spec. No. 25205-SP-CE-375, Rev. #01 (*marked as DOM00015745 through 15828)* |
| 187 | 6/1/04 | Design Change, STD-GN-001, ISFSI Pad #3 Construction/Surry Units 1 & 2 (*marked as DOM00068410 through 544)* |
| 188 | 6/4/04 | Letter from Connecticut Siting Council to Daniel Weekley enclosing Certificate to modify existing facility (Millstone) to establish ISFSI (*marked as DOM00009724 through 771 and Ex. 11 in Wakeman 30(b)(6) deposition)* |
| 189 | 6/28/04 | DCN, Addition of Open Archway from Truck Access Bay to Cask Washdown Pit (*marked as DOM00010077 through 081 and marked as Ex. 11 in Rutkoske deposition)* |
| 190 | 6/29/04 | Letter from Alan Wang, NRC to David Christian, Dominion Nuclear Connecticut, transmitting Millstone Power Station, Unit 1 – Issuance of Amendment re: Spent Fuel Pool Storage Eliminating Boraflex Credit (TAC No. MC0853) (*marked as DOM00046201 through 212)* |
| 191 | July 2004 | Acceptance Priority Ranking and Annual Capacity Report *(marked as KRGNSP03596-676)* |
| 192 | 7/30/04 | Purchase Order from Underwater Construction Corp. regarding Divers – ISFSI Cask Pit (*marked as DOM00008924 through 930, and marked as Ex. 42 in Hill deposition, and Ex. 14 in Rutkoske deposition)* |
| 193 | 8/3/04 | DCN, Bottled Gas Rack & Manifold for Dry Cask Storage Operation (*marked as DOM00010062 through 066 and marked as Ex. 9 in Rutkoske deposition)* |
| 194 | 9/16/04 | Certification of Record, Conn. Coalition Against Millstone v. CSC to Clerk of Superior Court for Judicial District of New Britain (*marked as DOM00056826 through 845)* |
| 195 | 9/21/04 | DCN, Canister Assembly Platform and Alterations to Auxiliary Building Cask Wash Pit (*marked as DOM00010039 through 053 and Ex. 6 in Rutkoske deposition)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 196 | 10/13/04 | Letter from Harrison Barker to David Zabransky, and DCS for Millstone 2 for the year 2010 (*marked as DOM00034946 through 949 and marked as Ex. 11 in Hill deposition)* |
| 197 | 11/16/04 | DCN, Power Supply and Computer Connection at Cask Wash Pit to Support ISFSI (*marked as DOM00010026 through 038 and marked as Ex. 5 in Rutkoske deposition)* |
| 198 | 12/21/04 | Letter from Jack M. Davis to Linda Buckler, Deputy Zoning Administrator for Louisa County, with Land Use Application for Renewal of CUP5-96 and Construction of Pad No. 2 at North Anna (*marked as DOM00010485 through 502)* |
| 199 | 12/23/04 | DCN, Installation of Vacuum Drying System and Associated Tubing Runs (*marked as DOM00010054 through 061 and marked as Ex. 8 in Rutkoske deposition)* |
| 200 | 2/15/05 | DCR Review and Approval Form, Design, Installation and Operation of an Independent Spent Fuel Storage Installation (ISFSI) for Millstone Station (*marked as DOM00053212 through 3396)* |
| 201 | 3/2/05 | Millstone 2 Project ISFSI Construction MC023, Request for RAC/PFRB Review – Capital Project, Millstone Power Station (*marked as DOM00047854 through 861)* |
| 202 | 3/9/05 | Transmittal by Robert Grubb, Transnuclear, to Michael Rutkoske of Millstone Nuclear Power Station ISFSI Project Status Report (February 2005) (*marked as DOM00023651 through 656)* |
| 203 | 3/25/05 | Letter from Patrick Morgan, County Attorney for Louisa County, regarding conditional approval of CUP02-04 renewal by Board of Supervisors (with application for construction of North Anna Pad 2 attached) (*marked as DOM00055053 through 078 and marked as Ex. 12 in Wakeman 30(b)(6) deposition)* |
| 204 | 4/5/05 | Design Change, Surry ISFSI Pad #3 Plant Modifications/SPS/Unit 1 & 2 (*marked as DOM00010672 through 694)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 205 | 4/7/05 | Engineering Transmittal, ET-NAF-05-0016, Design Inputs for the North Anna ISFSI Second Storage Pad, DCP 05-004 (*marked as DOM00032982 through 3062)* |
| 206 | 4/25/05 | Connecticut Siting Council Decision and Order Documentation for the Millstone Power Station ISFSI – 4/25/05 Michael Rutkoske (*marked as DOM00019833 through 836)* |
| 207 | 7/19/05 | Design Change, Surry ISFSI Pad #3 Electrical/Security/Modification/SPS/Units 1 & 2 (*marked as DOM00068889 through 915)* |
| 208 | 8/11/05 | Engineering Transmittal ET-NAF-03-0084, Design Inputs for Station Modifications, DCP 03-028, Surry (*marked as DOM00035471 through 505)* |
| 209 | 8/17/05 | Engineering Transmittal ET-NAF-05-0058, Design Inputs for Station Modifications, DCP 05-005, North Anna (*marked as DOM00032948 through 981)* |
| 210 | 2/28/06 | Technical Evaluation for Fuel Assembly Qualification for Dry Storage at the Millstone ISFSI, Millstone Unit 2, M2-EV-04-0015, Revision 1 (*marked as DOM00066252 through 270)* |
| 211 | May 2006 | Video on DVD, “Managing Used Nuclear Fuel,” (*marked as DOM00085361)* |
| 212 | 7/11/06 | Design Change, ISFSI Civil Structures Pad #2/North Anna Power Station/ Units 1 & 2 (*marked as DOM00010563 through 582)* |
| 213 | 11/9/06 | Design change, ISFSI Paid #2 Plant Modifications/NAPS/Unit 1 & 2 (*marked as DOM00042431 through 570)* |
| 214 | 12/21/06 | Design Change, ISFSI Pad #2 Electrical/Security Modification/NAPS/Units 1 & 2 (*marked as DOM00042338 through 430)* |
| 215 | 3/20/07 | Diagram and color key, North Anna Pool as of 3/20/07 (*marked as DOM00081145 through 146)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 216 | 3/20/07 | Diagram and color key, Surry Pool as of 3/20/07 (*marked as DOM00081477 through 478)* |
| 217 | 3/26/07 | Spent Fuel Pool Map, Millstone Unit 2 as of 3/26/07 (*marked as DOM00081643)* |
| 218 | 3/26/07 | Spent Fuel Pool Map, Millstone Unit 3 as of 3/26/07 (*marked as DOM00081644)* |
| 219 | | Diagram: MPS-1-DSAR Millstone Site Layout (*marked as DOM00047451, excerpt from MPS-1 DSAR Chapter 2)* |
| 220 | | Diagram: Map of Millstone Site Showing location of ISFSI (*marked as DOM00018339, excerpt from 3/18/03 letter to Connecticut Historic Commission from G. Denny Hicks, Request for Information: ISFSI Installation)* |
| 221 | | Support: Spent Fuel Pool installed and licensed capacity *(marked as DOM00044322 through 33, DOM00081561 through 602, DOM00044467 through 509, DOM00081174 through 1227, and DOM00081509 through 526),* Spent Fuel Pool inventory (fuel assembly discharge data) (*marked as DOM00081645 through 742, DOM00080982 through 1144, DOM00081307 through 308, and DOM00081645 through 1742),* Projected discharge rates (*marked as DOM00080918 through 981, DOM00081799 through 831, and DOM00081832 through 834),* Spent Fuel Pool available spaces (*marked as DOM00081643, DOM00081644, DOM00081145 and DOM00081146, and DOM00081477 through 478)*, Historical Cask Loading Schedule *(marked as DOM0084917),* and Nuclear Industry Capacity Information (*marked as DOM00081557 through 560)* |
| 222 | | Summary of Spent Fuel Storage Capacity and Discharge Data, with Assumption of DOE Performance at 3000 MTU/Yr (*marked as DOM00085996 through 6001, and marked as Ex. 106 in Wakeman deposition)* with Summary of Allocations Based on 3000 MTU/Yr Starting in 1998 (*marked as DOM00080735 through 738)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 223 | | Summary of Spent Fuel Storage Capacity and Discharge Data, with Assumption of DOE Performance at Alternative 3000 MTU/Yr (*marked as DOM00095956 through 961)* with transmittal letter *(marked as DOM2-00000975 through 76*) and Summary of Allocations Based on Alternative 3000 MTU/Yr Starting in 1998 (*marked as DOM2-00001182)* |
| 224 | | Summary of Spent Fuel Storage Capacity and Discharge Data, with Assumption of DOE Performance at 900 MTU/Yr (*marked as DOM00090475 through 480, and marked as Ex. 7 in Wakeman deposition)* |
| 225 | | Summary of the Impacts of 900 MTU/Yr on Claimed Damages *(marked as DOM2-00001964)* |
| 226 | | Photograph Marked as DOM00090426 |
| 227 | | Photograph Marked as DOM00090415 |
| 228 | | Photograph Marked as DOM00090406 |
| 229 | | Photograph Marked as DOM00090403 |
| 230 | | Photograph Marked as DOM00090401 |
| 231 | | Photograph Marked as DOM00083942 |
| 232 | | Photograph Marked as DOM00083860 |
| 233 | | Photograph Marked as DOM00083919 |
| 234 | | Photograph Marked as DOM00083607 |
| 235 | | Photograph Marked as DOM00083224 |
| 236 | | Photograph Marked as DOM00083217 |
| 237 | | Photograph Marked as DOM00083513 |
| 238 | | Photograph Marked as DOM00083624 |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 239 | | Photograph Marked as DOM00084638 |
| 240 | | Summary of Claim Adjustments[1] *(marked as DOM2-00001965)* |
| 241 | | Summary of Total Claimed Damages *(marked as DOM2-00001966 through 1969)* |
| 242 | | Summary of Claimed Non-SAP Property Taxes *(marked as DOM2-00000982)* |
| 243 | | Summary of Claimed Non-SAP Legal Invoices *(marked as DOM2-00000983 through 987* |
| 244 | | Summary of Claimed Non-SAP Sales and Use Tax *(marked as DOM2-00000988)* |
| 245 | | Pre-SAP PO BNT 403169 Summary by Cask (*marked as DOM00002109 through 115)* |
| 246 | | Pre-SAP PO BNT 544667 Summary by Cask (*marked as DOM00002124 through 25)* |
| 247 | | Summary of Additional Supporting Cost Documentation Associated with Costs Listed on Exhibit II of Mr. Johnson's Expert Report, Dated December 5, 2007 *(marked as DOM2-00000992 through 994))* |
| 248 | | Support: Claimed Costs Associated with Millstone 3 Full Core Offload Amendment (*marked as DXR007 000083),* Purchase Order 02055432 (*marked as DOM00085590 through 726),* Purchase Order 02051732 (*marked as DOM00085205 through 36),* Purchase Order 02038165 (*marked as DOM00085020 through 42),* Purchase Order 02028902 (*marked as DOM00084966 through 75),* and Purchase Order 00017150 *(marked as DOM00084932 through 40)* |

1 Plaintiffs reserve the right to supplement this Exhibit List to the extent objections to summary exhibits might be pursued by the government.

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 249 | | Support: SAP Cost Reports (*marked as DOM00000001 through 151, DOM00000152 through 494, and DOM00000495 through 603)* |
| 250 | | Support: MIBS Cost Reports (*marked as DOM00029084 through 9156 and DOM00029157 through 175)* |
| 251 | | Support: Internal Labor Reports (*marked as DOM00078877 through 80588, DOM00086205 through 87477, DOM00087512 through 546, and DOM00087602 through 727)* |
| 252 | | Support: CAFR Cost and Detail Reports *(marked as DOM00001667 through 1968, DOM00001969 through 2028, and DOM00089934 through 90035)* |
| 253 | | Support: NFA Cost and Detail Reports (*marked as DOM00002029 to 31, DOM00002032 through 2108, DOM00089873 to 911, and DOM00011439 through 445)* |
| 254 | | Support: List of North Anna Non-SAP NRC Invoices (*marked as DOM00005407)* |
| 255 | | Support: List of Surry Non-SAP NRC Invoices (*marked as DOM00005568A)* |
| 256 | | Support: Memorandum of Understanding between Dominion and the Virginia Department of Taxation (*marked as DOM2-00000989 through 991)* |
| 257 | January 1993 | Corporate Policies and Procedures Manual, Accounting and Finance ACC 16-02, Capital Overheads (*marked as DOM00090481 through 492)* |
| 258 | 12/1/2005 | Dominion Policy: Application of Surcharges (*marked as DOM00011477 through 78)* |
| 259 | 1/4/2008 | Letter from Paul M. Bessette, Esq., Morgan Lewis & Bockius LLP, to Lisa Donahue, Esq., Department of Justice regarding Clarification of Several Statements in Defendant's Response to Plaintiffs' Damages Schedules (*marked as DOM2-00001183 through 88)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 260 | | Invoices associated with all MIBS costs listed on the Defendant's Exhibit No. 305 (*marked as DOM00088184 through 88; DOM00088198 through 202; DOM00088192 through 97; DOM00088203 through 07; DOM00088166 through 70; DOM0008208 through 212; DOM00088365 through 72; DOM00088319 through 26; DOM00088439 through 47; DOM00088223 through 30; DOM00088231 through 38; DOM00088239 through 47; DOM00088248 through 55; DOM00088264 through 71; DOM00088272 through 79; DOM00088280 through 88; DOM00088289 through 96; DOM00088297 through 302; DOM00088428 through 38; DOM00088350 through 56; DOM00085335 through 42; DOM00088373 through 77; DOM00088378 through 85; DOLM00088407 through 15; DOM00088393 through 99; DOM00088386 through 92; DOM00088400 through 06; and DOM00088087 through 97)* |
| 261 | 4/20/99 | Westinghouse Purchase Order No. 70004510, Upgraded Spent Fuel Handling Tool *(marked as DOM00081933 through 1936)* |
| 262 | July 1980 | Control of Heavy Loads at Nuclear Power Plants, Resolution of Generic Technical Activity A-36, NUREG-0612 (*marked as DXR011 011220 through DXR011 DXR011 011342)* |
| 263 | 5/18/84 | Letter from W.G. Counsil, Northeast Utilities, to B.J. Youngblood, NRC, Response to Draft SER Open Items ASB-10 and ASB-11 concerning control of heavy loads at Millstone 3 (*marked as DOM2-00001182 through 1186)* |
| 264 | 11/15/84 | Letter from B.J. Youngblood, NRC, to W. Counsil, Northeast Utilities, transmitting Technical Evaluation Report regarding Section 5.1.1. of NUREG-0612 (*marked as DOM2-00001187 through 1226)* |
| 265 | 3/14/85 | Letter from W.G. Counsil to B.J. Youngblood, NRC, regarding Millstone Unit 3, NUREG-0162, Control of Heavy Loads (*marked as DOM2-00001227 through 1268)* |
| 266 | 4/22/85 | Letter from W.G. Counsil to B.J. Youngblood, revised response concerning lifting devices, Millstone Unit No. 3, NUREG-0612, Control of Heavy Loads (*marked as DOM2-00001269 through 1271)* |

| Exhibit Number | Date of Exhibit | Description |
|---|---|---|
| 267 | 6/11/85 | Letter from Northeast Utilities to B.J. Youngblood transmitting Response to Question 410.32 of Request for Additional Information dated May 20, 1985 (*marked as DOM2-00001272 through 1274)* |
| 268 | 8/2/84 | NUREG 1031, Safety Evaluation Report, Millstone Unit 3 (*marked as DOM2-00001275 through 1871)* |
| 269 | 9/95 | NUREG-1031, Supplement No. 2, Safety Evaluation Report, Millstone Unit 3 (*marked as DOM2-00001872 through 1962)* |
| 270 | | Summary of the Impacts of Alternative 3000 MTU/Yr Rate (*marked as DOM2-00001963)* |
| 271 | | Any exhibit that appears on the Government's list of exhibits. |
| 272 | | Any exhibits necessary for impeachment or rebuttal. |

**CERTIFICATE OF SERVICE**

I, Brad Fagg, hereby certify that on this 24th day of April, 2008, a copy of the foregoing "Motion for Leave to File Amended List of Exhibits to be offered in Evidence at Trial" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brad Fagg