# In the United States Court of Federal Claims

No. 04-83C
(Filed: May 6, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
DOMINION NUCLEAR
CONNECTICUT, INC.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiffs filed a Notice of Deposition and Trial Testimony Designations on March 17, 2008. Defendant filed a response on April 4, 2008 opposing the designations, and, in the alternative, proposed counter-designations. We admit the designations pursuant to RCFC 32(a)(2), along with defendant's counter-designations. Accordingly, the excerpts attached to plaintiff's notice and to defendant's response are part of the trial transcript, subject to any objections preserved at the deposition.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge