# In the United States Court of Federal Claims

Nos. 04-83C & 04-84C
(Filed: May 20, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
VIRGINIA ELECTRIC and
POWER COMPANY,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiff shall file its post-trial brief on or before Wednesday, June 18, 2008. Defendant shall file its response brief on or before Thursday, July 10, 2008. These briefs shall be limited to 50 pages. Plaintiff's reply brief shall be due on or before Monday, July 21, 2008, and shall be limited to 25 pages. Oral argument shall be held on Wednesday, July 30, 2008 at 9:00 a.m. EST at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005. The proceeding shall be recorded digitally; a court reporter has not been requested. It is SO ORDERED.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge