IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DOMINION RESOURCES, INC., and<br>DOMINION NUCLEAR CONNECTICUT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-0083<br>(Judge Bruggink) |

| | |
|---|---|
| DOMINION RESOURCES, INC., and<br>VIRGINIA ELECTRIC & POWER COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-0084<br>(Judge Bruggink) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of three business days, to and including Tuesday, September 2, 2008, in which to file its supplemental briefing, as directed by the Court's Order dated August 8, 2008. Counsel for plaintiffs has indicated that plaintiffs do not oppose this motion, but that plaintiffs desire to file their supplemental brief on the same day as Defendants. Defendants do not object to plaintiffs' request.

Counsel for the Government has experienced a death in the family that requires her travel to Michigan for the early part of next week. Because of the Labor Day holiday on Monday, September 1, 2008, the Government requests that its supplemental brief be due on the first business day after the holiday, September 2, 2008. The Government is working diligently to finalize its supplemental briefing, but due to the circumstances described above, it requires a modest enlargement of time to provide it with ample time to finalize and file its supplemental brief.

For the foregoing reasons, the Government respectfully requests that the Court grant its unopposed motion for an enlargement of time, and that the supplemental briefing from both parties be due on or before Tuesday, September 2, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Lisa L. Donahue
LISA L. DONAHUE
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN

Senior Trial Counsel

ANDREW P. AVERBACH
CHRISTOPHER J. CARNEY
SCOTT SLATER
Trial Attorneys
Civil Division
Department of Justice
1100 L Street, N.W.
8th Floor
Washington, D.C. 20530
Tel: (202) 353-9498
Fax: (202) 307-2509

August 22, 2008

Attorneys for Defendant
Washington, D.C. 20530

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2008, a copy of the foregoing "UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa L. Donahue